# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DERRAL BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>    Defendant. | Case No. 1:20-cv-01396-SKO (PC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED** ***IN FORMA PAUPERIS*** **AS MOOT**<br><br>(Doc. 21) |

On January 7, 2021, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP"). (Doc. 8.) The Court granted the motion on January 11, 2021. (Doc. 11.)

On June 25, 2021, Plaintiff filed a second motion to proceed *in forma pauperis*. (Doc. 21.) Because the Court granted Plaintiff's previous motion to proceed IFP, the present motion (Doc. 21) is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **June 28, 2021**            /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE