1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KENYON DERRAL BROWN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>Defendant. | Case No. 1:20-cv-01396-SKO (PC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT**<br><br>(Doc. 27) |

On January 7, 2021, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP"). (Doc. 8.) The Court granted the motion on January 11, 2021. (Doc. 11.)

On July 26, 2021, Plaintiff filed a third motion to proceed *in forma pauperis*.[1] (Doc. 27.) Because the Court already granted Plaintiff's previous motion to proceed IFP, the present motion (Doc. 27) is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **August 2, 2021**                    */s/ Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court disregarded Plaintiff's second motion to proceed IFP on June 28, 2021. (Doc. 23.)