UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON D. BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01396-JLT-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A FEDERAL CLAIM**<br><br>(Doc. 35) |

　　　　On December 30, 2021, the assigned magistrate judge issued a first screening order, finding that Plaintiff's first amended complaint failed to state a cognizable claim under federal law. (Doc 32.) The magistrate judge directed Plaintiff to file a second amended complaint within 21 days curing the deficiencies identified therein. (*Id.* at 5.) Plaintiff filed a second amended complaint on January 13, 2022. (Doc. 33.)

　　　　Thereafter, the assigned magistrate judge issued Findings and Recommendations, recommending the action be dismissed for Plaintiff's failure to state a cognizable federal claim. (Doc. 35.) Plaintiff has not filed any objections, and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 20, 2022 (Doc. 35) are adopted in full.
2. The action is dismissed for Plaintiff's failure to state a claim upon which relief can be granted; and,
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE